UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SPANISH BROADCASTING SYSTEM, INC., :
: 11-CIV-6811
Plaintiff, :
:
v. :
:
RADIO MUSIC LICENSE COMMITTEE, :
:
Defendants. :
------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Weil, Gotshal & Manges LLP hereby appears as counsel of record for Defendant Radio Music License Committee in the above-captioned action and that copies of all papers and pleadings are to be served upon the undersigned at the address listed below.

Dated: New York, NY
October 19, 2011

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: _____
R. Bruce Rich (RBR-0313)
Jonathan Bloom (JB-7966)
Mark J. Fiore (MF-5738)
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendant Radio Music License Committee*