UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SPANISH BROADCASTING SYSTEM, INC., :
: 11-CIV-6811
Plaintiff, :
:
v. :
:
RADIO MUSIC LICENSE COMMITTEE, :
:
Defendants. :
------------------------------------------------------------------x

## DEFENDANT RADIO MUSIC LICENSE COMMITTEE'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Radio Music License Committee, by its attorneys, Weil, Gotshal and Manges LLP, states that it has no parent company and that no publicly traded corporation owns 10% or more of its stock.

Dated: New York, NY
October 19, 2011

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By:    /s/  R. Bruce Rich

R. Bruce Rich (RBR-0313)
Jonathan Bloom (JB-7966)
Mark J. Fiore (MF-5738)
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendant Radio Music License Committee*