UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SPANISH BROADCASTING SYSTEM, INC.,

           Plaintiff,

    v.

RADIO MUSIC LICENSE COMMITTEE,

           Defendant.
-------------------------------------------------------------x

11-CIV-6811 (DLC)

**STIPULATION EXTENDING TIME**

WHEREAS, Plaintiff filed the Complaint in this action on September 28, 2011, and served the Complaint on the Defendant on September 30, 2011;

WHEREAS, Defendant's time to answer, move against, or otherwise respond to the Complaint was to expire on October 21, 2011; and

WHEREAS, no prior request for an extension of time has been made to the Court.

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED** by and between the parties, through their undersigned counsel, that the time for Defendant to answer, move against, or otherwise respond to the Complaint is hereby extended to and including December 20, 2011.

Dated: Miami, Florida
October 19, 2011

_____
James G. Sammataro
Sarah Gibbs Leivick
Kasowitz, Benson, Torres & Friedman LLP
Four Seasons Tower
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
Tel.: (305) 377-1666
Fax: (305) 377-1664

*Attorneys for Plaintiff*

Dated: New York, New York
October __, 2011

_____
R. Bruce Rich
Jonathan Bloom
Mark J. Fiore
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Tel.: (212) 310-8000
Fax: (212) 310-8007

*Attorneys for Defendant*

SO ORDERED this 20th day of October, 2011.

_____
Honorable
United States District Judge